UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 14-09613 DMG (AJWx)** | Date | December 23, 2014 |
| Title | *SB Main, LLC v. Zachary Hunkins, et al.* | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO LOS ANGELES COUNTY SUPERIOR COURT**

On September 22, 2013, Plaintiff SB Main, LLC filed an Unlawful Detainer Complaint and Summons on Defendants Zachary Hunkins and Brian Hunkins. Notice of Removal, Ex. 1 [Doc. # 1.] The Complaint states that the action is solely for nonpayment of rent pursuant to California Code of Civil Procedure section 1161(2). On December 16, 2014, Defendant Brian Hunkins removed the case to this Court, asserting subject matter jurisdiction on the basis of a federal question pursuant to 28 U.S.C. §§ 1441 and 1332. Defendant asserts that Plaintiff's attorneys have caused Defendant harm under 42 U.S.C. § 1983.

The underlying complaint, however, raises no federal question. It is axiomatic that federal jurisdiction cannot rest upon an actual or anticipated defense. *See Vaden v. Discover Bank*, 556 U.S. 49, 60, 129 S.Ct. 1262, 1272, 173 L.Ed.2d 206 (2009). Nor does the complaint reveal a basis for diversity jurisdiction. There is no indication that the parties are citizens of different states and the underlying state court complaint clearly states that the amount of unpaid rent at issue is $1,695 for the past approximately six months, well below the $75,000 amount-in-controversy jurisdictional threshold for diversity jurisdiction. *See* 28 U.S.C. § 1332(a).

In light of the foregoing, Defendant Brian Hunkins is **ORDERED TO SHOW CAUSE** why this action should not be remanded to Los Angeles County Superior Court for lack of subject matter jurisdiction. Defendant shall file his written response by no later than **January 6, 2015**. **Failure to file a timely and satisfactory response shall result in the remand of this action to state court.**

**IT IS SO ORDERED.**